

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

December 23, 2021

**VIA ECF**

The Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    <u>DePaco v. SIC Noticias, et al</u>
             Civil Action No.: 3:21-cv-14402-AET-TJB

Dear Judge Thompson:

    We represent Defendants SIC Noticias, Sociedade Independente de Communicao ("SIC"), Impresa Sociedade Gestora de Participacoes Sociais, SA ("Impressa"), Pedro Coelho ("Coelho"), Ricardo Costa ("Costa"), and Marta Reis ("Reis") in the this matter. We write to respectfully request a 45 day extension up until February 7, 2022 for our clients to answer, move or otherwise respond to the complaint. Our clients are located in Portugal and we require additional time to review the allegations and plan a proper defense. Plaintiff's counsel has consented to this request. Additionally, we have consented to accept service for SIC. This is our first request for an extension.

    If you have any questions, please contact us.

                            Respectfully submitted,

                            */s/ Joseph N. Froehlich*
                            Joseph N. Froehlich

JNF:md

                                              SO ORDEDED:

                                              <u>s/ Tonianne J. Bongiovanni</u>
                                              Hon. Tonianne J. Bongiovanni, U.S.M.J.
                                              Dated: December 27, 2021