

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Joseph N. Froehlich
Direct Telephone: 212-812-8345
Direct Fax: 212-812-8398
jfroehlich@lockelord.com

February 2, 2022

**VIA ECF**

The Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  DePaco v. SIC Noticias, et al
     Civil Action No.: 3:21-cv-14402-AET-TJB

Dear Judge Thompson:

We represent Defendants SIC Noticias, Sociedade Independente de Communicao ("SIC"), Impresa Sociedade Gestora de Participacoes Sociais, SA ("Impressa"), Pedro Coelho ("Coelho"), Ricardo Costa ("Costa"), and Marta Reis ("Reis") in the this matter. We write to respectfully request an additional 10 day extension up until February 17, 2022 for our clients to answer, move or otherwise respond to the complaint. We are asking for this short extension in order to better accommodate counsel's schedule. Plaintiff's counsel has consented to this request. This is our second request for an extension.

If you have any questions, please contact us.

Respectfully submitted,

s/ *Joseph N. Froehlich*
Joseph N. Froehlich

JNF:md

**So Ordered on February 4, 2022**
**/s/ *Anne E. Thompson*, U.S.D.J.**

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

103666505v.1