**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq. - N.J. Bar Number 018592010
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921
Phone: (908) 869-1188
Fax: (908) 869-1189
Email: ahabba@habbalaw.com
*Counsel for Plaintiff, Caesar DePaco*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAESAR DEPACO,<br><br>                    Plaintiff,<br><br>        v.<br><br>SIC NOTICIAS, SOCIEDADE INDEPENDENTE DE COMUNICACAO, IMPRESA SOCIEDADE GESTORA DE PARTICIPACOES SOCIAIS, SA, SPT TV, SEABRA PORTUGESE TELEVISION, PEDRO COELHO, RICARDO COSTA, MARTA REIS, JOHN DOES 1 through 10, said names being fictitious and unknown persons, and ABC CORPORATIONS 1 through 10, said names being fictious and unknown entities,<br><br>                    Defendants. | Civil Action No.: 3:21-cv-14402-AET-TJB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the above-captioned action is hereby voluntarily dismissed, without prejudice, and without costs, against Defendants SIC Noticias, Sociedade Independente de Comunicacao, Impresa Sociedade Gestora de Participacoes Sociais, SA, SPT TV, Seabra Portuguese Television, Pedro Coelho, Ricardo Costa, and Marta Reis pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) in its entirety.

1

Dated: January 4, 2023                                  **Habba Madaio & Associates LLP**

                                                                          _____
                                                                          Alina Habba, Esq.
                                                                          *Counsel for Plaintiff, Caesar DePaco*

**SO ORDERED.**

**Dated: 1/5/2023**

**/s/ Freda L. Wolfson**
**Hon. Freda L. Wolfson**
**Chief Judge**